# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VICTOR ARMANDO RUBIO-HERRERA,<br><br>              Petitioner,<br>    v.<br>T. JUSTINO,<br><br>              Respondent. | CASE NO. 2:21-cv-2364-MWF (SK)<br><br>**JUDGMENT** |

Pursuant to the Order Dismissing Petition for Lack of Prosecution, **IT IS ADJUDGED** that this action is dismissed without prejudice.

DATED: May 25, 2021

                                              MICHAEL W. FITZGERALD
                                              United States District Judge